UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CHRISTLIE JEAN-BAPTISTE,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

15-CV-07622-VEC

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants the City of New York, Sgt. Michael Cohn, PO Miceli, and PO Harry Pell, and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:       New York, New York
               December 22, 2016

                                      ZACHARY W. CARTER
                                      Corporation Counsel of the City of New York
                                      *Attorney for Defendats*
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 356-2384
                                      jloperfido@law.nyc.gov

                              By:           /s/
                                        Jeffrey Loperfido
                                        *Senior Counsel*

TO:     All Counsel of Record (By ECF)