

| | THE CITY OF NEW YORK | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ***JEFFREY LOPERFIDO***<br>*Senior Counsel*<br>*Phone: (212) 356-2384*<br>*Fax: (212) 356-3509*<br>*jloperfido@law.nyc.gov* |

December 22, 2016

**BY ECF**
Hon. Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Jean-Baptiste v. City of New York, et al., 15-cv-07622

Your Honor:

I am Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York.  I write pursuant to Local Civil Rule 1.4 to request an order from the Court substituting the undersigned as counsel of record in place of Amanda Shoffel, who recently departed our Office.  Simultaneously herewith, I am filing a notice of appearance, and our Office respectfully requests that Amanda Shoffel be removed as an attorney of record on this matter.

Respectfully submitted,

/s/
Jeffrey Loperfido
*Senior Counsel*

**Enc.**

cc:   All Counsel (by ECF)